# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ebone Porch

                           Plaintiff,

v.                                                           Case No.: 1:21−cv−03848

                                                                         Honorable Steven C. Seeger

University of Illinois at Chicago, School of Medicine

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 7, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion to alter or amend the judgment under Rule 59(e) (Dckt. Nos. [33, 42]) is hereby denied. Order to follow. Mailed notice (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.