

FILED
7/7/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SMB

**UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EBONE PORCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21 CV-03848 |
| v. ) | |
| ) | Judge Steven C. Seeger |
| UNIVERSITY OF ILLINOIS at ) | |
| CHICAGO, SCHOOL OF MEDICINE, | |
| ) | |
| Defendants. ) | |

**MOTION**

Comes now, Sabrina Filomena, Esq., and pursuant to instructions received from Ms. Jessica J. Ramos, Courtroom Deputy to the Honorable Steven C. Seeger, files this Motion via the Clerk of the United States District Court in the Northern District of Illinois Eastern Division to inform Honorable Judge Seeger that, due to demonstrable health problems, she cannot travel/fly to Chicago to appear in person at the hearing of July 11th, 2023 and – in the alternative – respectfully, for humanitarian and medical reasons, asks this Honorable Court to allow her to appear at the hearing via zoom or telephone.

In support thereof, Ms. Filomena states as follows:

1. On March 12, 2020, at the intersection of 16th Street and Alton Road in Miami Beach, Florida, I was involved in a car accident while I was a paying passenger in a shared ride, in an Uber vehicle. (The Uber driver caused the accident).[1]

2. The accident left me with permanent spinal injuries, chronic neuropathic pain, and a host of related complications.

3. The pain is excruciating, it does not respond to medications and did not get resolved with spinal surgery. The pain causes me elevated blood pressure and elevated heart-beat; the irreversible nerves impingement and related inflammation (the root cause of the pain) induce severe swelling of my limbs; all of these symptoms have aggravated and continue to aggravate the Wolff Parkinson White Syndrome ("WPW") I was born with.

4. For most of my life I was asymptomatic. After the accident I became prominently symptomatic. *Inter alia,* less than a year ago, I was hospitalized in emergency for the aggravate problems with my heart and kept under close observation for 24 hours with a double IV in my arm, subjected to a barrage of tests, referred for emergency cardiac care, placed on a Lisinopril regimen even though I do not have hypertension, and had to buy a KardiaMobile Heart Monitor Personal EKG to record the frequent episodes of arrhythmias and be alerted of when I get into fibrillation which can be fatal to me.

5. Fortunately, I live two blocks away from Miami Beach Mount Sinai Hospital. The close geographical proximity with the hospital gives me some peace of mind.

---

[1] The litigation against Uber, Progressive, and other defendants is currently ongoing, civil case no.: 2022-022694-CA-01, Miami Dade.

6. I can walk but walking is painful, I become unstable on my legs at times for the intense pain, and even brief walks cause intense flare ups of inflammation and pain that last 24/48 hours and often force me to bed rest for the entire time. Sitting is also very painful for me. The pressure on the impinged sciatica nerves when I sit or walk causes my limbs to swell like balloons. I do not own a car but being in a vehicle as a passenger is a nightmare for me both because of the sitting position and the occasional bumps on the road. I have to take frequent breaks during the day to lay down in bed to relieve pressure on my spine and alleviate my symptoms a little.

7. I live alone and have no family near me. Since the accident I have been living in my apartment for 99% of the time. I only leave my apartment for medical emergencies and rarely for urgent matters that I cannot handle in remote.

8. A short trip and a flight to Chicago would considerably aggravate my symptoms.

9. In particular, flying in a pressurized aircraft with active arrhythmia would place me at serious risk of getting into fibrillation and possibly death. The airline companies themselves routinely decline to clear for transport people with my current cardiac problems. I do not think they would fly me.

10. In addition, I am not vaccinated against Covid both because of fear of additional complications to my heart, given the known risk of myocarditis associated with the vaccine, and because since I live isolated in my apartment and I am not exposed to contacts with other people, I do not need to risk any of the possible side-effects of the vaccine. Travelling to Chicago back and forth would expose me to the risk of contracting Covid, even with the mask.

11. Prolonged sitting in a train or bus to get to Chicago and then back to Miami Beach is equally impossible for me to sustain for the reasons I stated above.

12. I have extensive medical documentation to prove my health issues. I have not included any documentation with this Motion because I do not want my medical records to become public records. But I emailed copies of some of the most relevant medical documents via email to the Chambers of this Honorable Court; specifically, I emailed them to Deputy Ramos at: Jessica_J_Ramos@ilnd.uscourts.gov

WHEREFORE, for the foregoing medical reasons, I respectfully ask this Honorable Court permission to appear in remote at the hearing of July 11, 2023, via zoom or telephone as opposed to appearing in person.

Dated July 7, 2023.

Respectfully submitted,

s/Sabrina Filomena_____
Sabrina Filomena
Fla. Bar no. 0115459
2962 Alton Road
Miami Beach, FL 33140
Sablaw999@outlook.com
# 786.925.8853

**ADDITIONAL STATEMENT OF FACTS**

1. On June 28, 2023, I received a voicemail from Calvita J. Frederick. She stated that "a Judge" had ordered my name to be disclosed and as a matter of courtesy she was letting me know.

2. I asked her to provide the name of the Judge, number of the associated proceedings, and the reason why the Judge had ordered my name to be disclosed.

3. Two days and a threat of filing a formal complaint against her with the Illinois IARDC later, via email, Ms. Frederick provided me the name of the Judge, Honorable Judge Seeger, the case name *Porch v. University of Illinois College of Medicine*, and case no. 21 CV-03848. She did not explain the reason why Honorable Judge Seeger had ordered her to disclose my name. (Ex. A)

4. On July 5, 2023, I received another voicemail from Ms. Frederick informing me that Honorable Judge Seeger had ordered me to appear in person at a hearing scheduled for July 11, 2023, and had ordered her to inform me and facilitate my appearance.

5. I called Mrs. Frederick back. *Inter alia,* I informed her that due to health problems, which she is very familiar with, I could not appear in person to the hearing, that I would have gotten in contact with Honorable Judge Seeger's Chambers directly, and then I asked her to email me a copy of the Order why my presence was required. She replied that she was emailing me the Order and provided an evasive answer to my last question. Instead of telling me why Honorable Judge Seeger had required my appearance at the hearing, she replied: "This Judge has gone ballistic."

6. Having had the misfortune of dealing with Ms. Frederick for a few months in the fall of 2022 and winter of 2023, her non-responsive answer signaled to me that she was covering up something she did not want me to find out and at the same time she was trying to manipulate me into siding with her for whatever she has in mind. I yelled at her to email me the Order and hang up because I suffered harm on account of her machinations/manipulations (*see* paragraphs 20-21, below), I have had enough of them, and they make me sick to my stomach.

7. On July 6, 2023, at 10:52 am my time (EST) I emailed Deputy Ramos thanking her for the instructions she provided to me regarding the Motion that Honorable Judge Seeger allowed me to file with the Clerk, and, *inter alia,* I informed Deputy Ramos that Ms. Frederick had not emailed to me Judge Seeger' Order but I had retrieved it from PACER.

8. On July 6, 2023, at 12:02 pm my time, Ms. Frederick emailed me stating:

"I trust you have received the Order entered by Judge Seeger that I sent on yesterday. I have had no acknowledgment so I attach another copy. Also please advise of your airport of choice for travel to Chicago, next Monday, returning on Tuesday." (Ex B)

9. The message turned out to be yet another machination. Upon verifying the "proof" that Ms. Frederick sent to me of her having forwarded me the Order, (Ex C) I ascertained that on July 5, 2023, Ms. Frederick sent Judge Seeger's Order to sablaw399@outlook.com, an email address that she knows very well does not work and where I do not receive any emails because I cannot access it. I can prove that Ms. Frederick knows that the address sablaw399@outlook.com does not work because, when I began experiencing problems with that account and stopped using it, on August 29, 2022, I promptly provided my then new email address sablaw999@outlook.com to Ms. Frederick (Ex. D) and that is the address we

used to communicate for the projects she assigned to me until the time we abruptly interrupted contacts, and is the email address which she has used in *all of her recent communications with me regarding Honorable Judge Seeger's Orders*. However, when it came to emailing me the Order as Honorable Judge Seeger had ordered her to do and I had requested – yelling at her out of the frustration of having to deal with her and her sickening machinations again -, on July 5, 2023, she emailed it to the one email address that she knows or should know that does not work *while she continued to send all other communications to sablaw999@outlook.com.*

10. These are the facts the evidence shows.

11. The purpose of this additional statement of facts is to memorialize in writing Ms. Frederick's recent conduct to allow Honorable Judge Seeger to determine if and to what extent she complied or did not comply with His Order and to provide *truthful and verifiable* information in writing to Honorable Judge Seeger regarding the extent of my very unfortunate involvement with Ms. Frederick.

12. Due to the March 2020 accident related health problems that I discuss in this Motion and the fact that I am completely alone and I have a non-delegable, non-by passable obligation and a desperate need to keep paying my bills and keep a roof over my head, after about 16 months of being unemployed and living off some help that my mother and other members of my family were able to provide to cover my rent and food expenses, in late 2021, I was forced to find a way to generate an income, despite the difficulties of living in excruciating pain 24/7 with the all the related complications. The only workable solution that I found was to become a freelance attorney, offering remote consulting litigation services to other attorneys

nationwide on a project-to-project basis. I use an online platform called LawClerk to apply for projects and, occasionally, I receive assignments outside of the LawClerk platform via private contacts with the assigning attorneys. Sometime freelance attorneys like me are called "remote associates" but we are not really associates in anyone's law firm. Rather, the assigning attorneys are our "clients".

13. In civil, my job consists in doing Legal Research, writing Complaints, Amended Complaints, Discoveries Requests, and Motions. The bulk of my work comes from Motions, especially Motions to Dismiss, Motions for Summary Judgement and Replies to. Occasionally I receive requests to assist with trial preparation.

14. However:

   a) I am not an agent of the assigning attorneys and they are not my principals as I do not act on their behalf on anything;

   b) I am not an employee of the assigning attorneys;

   c) I do not represent and I do not have contacts with the assigning attorney's clients unless a telephone conference with the client, run by the assigning attorney, is needed for me to gather additional facts to work on the assignment;

   d) I do not have any direct role in the cases litigated by the assigning attorneys:

   e) The case I write pleadings for are not "my cases" as I am not the attorney of record;

   f) I receive a fee from the assigning attorneys for each project that I complete, not from the attorney's clients;

g) I do not know what exactly the assigning attorneys end up signing and filing with the Courts after I sent my work to them, because after I send my work to them, my job is done and I move on onto the next project;

h) Whatever happens in any particular case is the exclusive responsibility of the assigning attorney who is the attorney of record, the attorney that has contacts with the client, the attorney that gets paid the 'big bucks" in the case; the attorney who has a signed retainer from the client, and the attorney who handles the case from start to finish.

15. Procedurally, the assigning attorney sends me the assignment, with the related case material. I gather the facts through the material, do the necessary legal research, write the pleading I have been asked to write, send the completed pleading back to the assigning attorney and, once the project is approved, meaning *the assigning attorney accepts it and does not require revisions*, I delete from my files all the case material that was sent to me because I have no involvement with the actual case.

16. Obviously the assigning attorneys are free to modify any pleadings I send to them as they see fit because, once they approve the work I submit to them and I receive my fee for the work I completed, the pleading becomes their property which they can use as they see fit.

17. Ipso facto, again, I have *zero control over what the assigning attorney eventually signs and files with the Court and I am not responsible for any decision or actions that the attorney takes in the case*. I just provide legal research and legal writing services on demand, on a project- to – project basis – according to the assigning attorney's instructions.

18. I do not know what Ms. Frederick represented or misrepresented to this Honorable Court regarding the nature of the work I did for her as a freelance attorney but I do know the law:

> Rule 11 requires *every pleading of a party represented by an attorney to be signed by the attorney of record*, and further provides that *the attorney's signature: constitutes a certificate by the signer that the signer has read the pleading, . . . "that to the best of the signer's knowledge, information, and belief formed after reasonable inquiry it is well grounded in fact and is warranted by existing law* or a good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose. . . ." (Fed.R.Civ.P. 11.) Finally, "if a pleading . . . is signed in violation of this rule, the court . . . shall impose *upon the person who signed it* . . . an appropriate sanction." *Id.*

*Rush v. McDonald's Corp.*, 966 F.2d 1104, 1121 (7th Cir. 1992) (emphasis added).

19. Ms. Frederick is supposed to be familiar with Rule 11 and she is certainly familiar with the limited role of a freelance attorney because she hires attorneys in the LawClerk platform, on a regular basis I believe, and, for the entire time that she sent me projects to complete for her, there was never any doubt or confusion that she was the attorney of record and the person responsible for the case - if anything because I was paid $1000 flat fee by her for completing all the work she could dump on me in a two weeks period and she pocketed much more money from her clients directly - .

20. I assist attorneys from all over the United States in civil and criminal cases, at state and federal level.

21. "My clients" are the assigning attorneys and they are litigation attorneys who most often seek out help because the pleading they have to file is complex and time consuming or requires

expertise which they do not have. I constantly receive stellar feedback from the assigning attorneys and that is why the attorneys continue to seek out my services.

i) Ms. Frederick hired me for the first time in LawClerk for a Reply to a Motion in Limine in late summer/early fall of 2022. Afterwards, she was very impressed with my work and contacted me privately to ask if I was available to assist her with projects for several of her cases because she said she was very tired, she found it difficult to focus because she had recently lost her mother, she was in the process of winding up her practice, and needed help.

j) I accepted to assist her on a project-to-project basis and that is what I did except that:

  a) she wanted me to attend – *as an observer and consultant to her* - one zoom hearing in a case where I was assisting her with trial preparation;

  b) for a limited time, she proposed and I considered a pro hac vice admission in that specific case and she wanted me to try the case for the Client because she said she had little experience with trials but the plan was short lived because of my inability to travel due to my health issues and other complications that arose in the case;

  c) she ended up literally dumping on me much more work than what we had initially contracted for, including motions to get her out of accusations of having tampered with the testimony of a witness which were not exactly matters I was supposed to take care of because those were not her clients' cases, those were accusations directed at her that she should have taken care of directly; and

k) when I began telling her that we had to revise my compensation agreement, that I wanted to be paid on a project to project basis and I could not continue to do all that amount of work for that little amount of money - $1000 every two weeks – , that she had ended up

assigning to me very complex work that kept me occupied for the whole two weeks and often overnight (which was already too taxing on me giving my health issues), and I found myself forced to reject or not to apply for other work with other attorneys to have time to complete the work she assigned to me, and that - ultimately - I could not work exclusively for her and survive on $1000 gross income every two weeks, she tricked me into doing even more work for her for two weeks – she made me work on all that she had pending on her table during that time, including an "emergency" research on case law regarding the specific enumeration of interrogatories in a state case which she requested because "she does not know how to do legal research" she said -, she made me do all that work under the expectation that she would have paid me at the end of the two weeks period as she had done in any of the previous two weeks periods but in the end *she never paid me for all that work*. At first, she said that she did not have the money to pay me. When I asked when she was expecting to have the money to pay me, she said that she did not know. Eventually she claimed that I had already been paid for all that work because the original agreement was for $2000 a month when I can prove with evidence of the payments that she processed to me that in fact the agreement was for $1000 every two weeks because she paid me every two weeks up until that last payment that she refused to process.

22. That experience caused me enormous material harm in that it left me scrambling for ways to pay what I had anticipated to pay with the $1000 that I expected to receive and did not receive; it forced me to be without a steady income for additional two weeks because after that deprivation, it took me some time to re-establish that flow of work that I had to let go of

in order to have time to complete all the work Ms. Frederick dumped on me - namely it took me about two weeks to apply for new projects with other attorneys and to receive projects, complete that work and getting paid for it - and it inflicted an enormous amount of emotional and psychological stress on me – which I really did not need in my condition - both because of the financial desperation into which she threw me unexpectedly with her machinations, and because she swindled me knowing very well how much I struggle to keep myself afloat financially and to work with the constant excruciating pain I am in.

23. What Ms. Frederick did to me was not only unethical and illegal, it was evil. At the same time the lame excuses she kept providing to justify her vile wrongdoing, and her slowly spinning of the narrative, a cover-up for her premeditated acts and omissions, made me realize that she is a vulgar liar and manipulator. As I reflected on my experience with her, and especially the last two weeks of rapport with her, I realized that she even derives pleasure from harming people through her machinations. The one thing that she always repeated to me during the months that I was working on her projects was that "with my soft and sweet voice, people do not see it coming, but I am lethal" - something to that effect -; she repeated that concept frequently and sounded very proud of her "sneaky" conduct. That is the conduct she adopted with me when she extorted two weeks of work from me with deceit. In fact, over the phone, she spoke so softly and so sweetly to me during those two weeks that – before discovering and falling victim of her evil plan - I became concerned and alarmed she might have developed a romantic interest in me (I am not homosexual). Instead, it turned out all that soft and sweet talking was her premeditating and anticipating the deceit and exploitation of my work and enjoying herself while she was manipulating me.

24. I am providing this information to this Honorable Court because if this Honorable Court finds that Ms. Frederick somehow manipulated this Honorable Court in whatever it is that originated the need for the hearing scheduled for July 11th, 2023, what Ms. Frederick did to me is perfectly admissible Rule 404(b)(2)) evidence of other crimes, wrongs, or acts that the Court can take into consideration for what His final findings after the hearing will be.

25. At the time of this writing, despite my repeated requests, Ms. Frederick has still not clarified with me what exactly is going on with this Honorable Court, why this Honorable Court required the disclosure of my identity, and why this Honorable Court requested my attendance at the Hearing of July 11, 2023.

26. This Court's Orders and Ms. Frederick evasive behaviors as well as the non-responsive answer she gave to me on July 5, 2023, makes me believe that she is in some kind of troubles and possibly she tried to get out of those troubles by using me as an escape goat, via misrepresentations that she made to this Honorable Court, perhaps counting on the fact that I certainly was not following her whereabouts after the horrible experience I had with her.

27. If that is what she has done, I hereby request this Honorable Court to be *merciless* in any rulings the Court will find appropriate to issue against Ms. Frederick because not only she defrauded me of work that I had done with maximum dedication and commitment while crying and throwing out for the pain I had to endure while working on her long and complex assignments, but  - after she manipulated me into providing her work she never had any intention to pay me for  - she continued to abuse me by using me as an escape goat to get out of troubles with this Honorable Court and she did all that in the most vile of the manners, by taking advantage of the fact that I could not know what she was doing to me behind my back.

28. As a former Assistant State Attorney, I do not like assumptions. I work with facts. Unfortunately, in the instant case all I have is an educated guess on how Ms. Frederick might have used me and my name to get out of trouble with this Honorable Court, based on the Orders I read and Ms. Frederick's evasive behaviors.

29. As for *Porch v. University of Illinois College of Medicine*, Ms. Frederick assigned three projects to me: the Amended Complaint; the Reply to Defendant's Motion to Dismiss, and the Rule 59(e) Motion for Reconsideration. I completed the work based on her instructions, the facts of the case, and the law.

30. When I first began working on the Amended Complaint, I realized that the facts of the case were very weak and asked Ms. Frederick to consider a dismissal instead of the filing of an Amended Complaint. She scheduled a conference call with the Client. After the conference and even several emails with the Client, I reiterated to Ms. Frederick that the facts of the case were tenuous at best but she insisted that I carry out the assignment she gave to me. Ultimately, I reasoned that I had warned her, I was not the person signing the pleadings and/or responsible for the case, I could not decide anything in the case, and I needed the money for the projects I had been assigned during those two weeks. Arguing back and forth was a waste of time. Thus, I wrote the Amended Complaint, and incorporated into it the instructions Ms. Frederick gave me regarding the facts of the case. I wrote the Amended Complaint from scratch because I found the first Complaint very confusing and unusable.

31. I know that there were some problems later with a redline of the Amended Complaint. I did not have anything to do with the redline. However, I think the redline that was ultimately

submitted or filed by Ms. Frederick generated confusion. She did mention to me she had difficulties in generating that redline. I think that representation was genuine.

32. In conclusion, I do not know what Ms. Frederick ended up signing and filing in the Porch case, I had *zero control or influence over* whatever she signed and filed with this Court, and certainly, I *had zero influence on her* because - if I have had an ounce of influence of her - I would have not suffered the wrongs she perpetrated against me.

33. I am very grateful for the opportunity that this Court provided to me to file the Motion and this Statement of facts.

**EXHIBIT A**

**From:** Calvita J. Frederick
**Sent:** Friday, June 30, 2023 2:15 PM
**To:** Sabrina Filomena
**Cc:** calvita.frederick
**Subject:** Re: FW: voicemail

Sabrina:

Respectfully, the case in which your identity was ordered to be disclosed is:

**Case Name:** Porch v. University of Illinois College of Medicine
**Case Number:** 1:21-cv-03848

---

C J Frederick

Calvita J. Frederick & Associates

Post Office Box 802976

Chicago, Illinois  60680

312-421-5544 fax 312-277-7190

cjf@cjfredericklaw.com

# EXHIBIT B

**From:** CALVITA Frederick Sowell
**Sent:** Thursday, July 6, 2023 12:02 PM
**To:** Sabrina Filomena
**Subject:** Travel Plans

I trust you have received the Order entered by Judge Seeger that I sent on yesterday. I have had no acknowledgement so I attach another copy.
Also, please advise of your airport of choice for travel to Chicago, next Monday, returning on Tuesday
Thanks

*Cal*
Calvita J. Frederick
Calvita J. Frederick & Associates
Attorney at Law
Post Office Box 802976
Chicago, IL. 60680
312-421-5544
Fax: 312-277-7190

**EXHIBIT C**

From: Calvita J. Frederick
Sent: Thursday, July 6, 2023 2:34 PM
To: Sablaw999
Subject: Fwd: Activity in Case 1:21-cv-03848 Porch v. University of Illinois College of Medicine set/reset hearings

No games. Here is the forwarded message sent yesterday.

---

*C J Frederick*

Calvita J. Frederick & Associates

Post Office Box 802976

Chicago, Illinois 60680

312-421-5544 fax 312-277-7190

cjf@cjfredericklaw.com


-------- Original Message --------
Subject: Fwd: Activity in Case 1:21-cv-03848 Porch v. University of Illinois College of Medicine set/reset hearings
Date: 2023-07-05 09:44
From: "Calvita J. Frederick" <cjf@cjfredericklaw.com>
To: Sabrina Filomena <Sablaw399@outlook.com>

Please see attached. I have called you as directed and my call went to your voice mail.

---

*C J Frederick*

Calvita J. Frederick & Associates

# EXHIBIT D

**From:** Sabrina Filomena
**Sent:** Monday, August 29, 2022 3:13 PM
**To:** Calvita J. Frederick; calvita.frederick
**Subject:** confirming my new email address

Hi Mrs. Frederick:

Like I said last night I have had problems with my old email account. This is my new email account. Thanks

I sent you the MILs last night around 1am. I am working on the wit list today and depos

Feel free to call me when you have time. Thanks

Sent from Mail for Windows

Sabrina Filomena, Esq.
2962 Alton Road
Miami Beach, FL 33140

CONFIDENTIAL AND PRIVILEGED: This email and any files transmitted with it are WORK ATTORNEY PRODUCT. They are confidential and privileged intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential and privileged information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.