## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ebone Porch

                              Plaintiff,

v.                                              Case No.: 1:21−cv−03848

                                              Honorable Steven C. Seeger

University of Illinois at Chicago, School of Medicine

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 10, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Attorney Filomena's motion to appear remotely at the hearing on July 11, 2023 due to medical reasons (Dckt. No. [50]) is hereby granted. The Court will allow attorney Filomena (only) to appear remotely, to accommodate her health situation. All other counsel of record must appear in person. The Court will circulate the information for participation by WebEx by separate order. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.