[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
AUG 03 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff: Ebone Porch

v.

Defendant: University of Illinois at Chicago, School of Medicine

Case Number: 21-cv-3848
Judge: Steven C. Seeger
Magistrate Judge: Cox

## Motion to Withdraw Attorney

I would like to request to appear as a pro se litigant in this case. I have submitted the motion for attorney representation form to be entered into the docket as well, but will proceed pro se, until an attorney can be appointed, if possible.

Sincerely,
Ebone Porch
eporch2@yahoo.com
(773) 620-0434

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]