Ebone Porch
1953 West Maypole Ave
Chicago, IL 60612
Email: eporch2@yahoo.com
Phone: 773-620-0434

Judge Steven C. Seeger
United States District Court
For the Northern District of Illinois – Eastern Division
219 South Dearborn St
Chicago, IL 60604 (Courtroom: 2319)

Date: August 3, 2023

FILED
AUG 03 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Seeger,

I am writing to express my sincerest apology for the situations that occurred during the proceedings of my civil case (Case No. 21-cv-3848). I was completely misinformed and unaware of the details involved in my case, until I appeared at the July 11th 2023 hearing in your courtroom. The hearing addressed details of motion filings and situations of months of ongoing disrespect throughout my case. Again, I was unaware of this and completely taken aback. It was very difficult to sit through the hearing to witness what has taken place.

I understand how the conduct of my legal counsel is deemed inappropriate, unprofessional and disrespectful to the court. I made the costly mistake of trusting that my licensed counsel had my best interest in mind and would act according to court standards. Unfortunately, this has proven to be furthest from the truth.

Please be assured that the actions of Ms. Calvita Frederick is not reflective of my own beliefs, values nor character. The accusations and comments directed towards you and also Judge Robert M. Dow are inexcusable and does not uphold the professional standard I expected of someone I retained and entrusted to litigate my case. My entire life revolved around my goal of becoming a medical doctor and to have a case of such gravity mishandled in an inappropriate fashion, is beyond disheartening and is utterly disappointing. In the future, I assure you that I will be more vigilant in the selection of legal representation.

I humbly ask for time to seek legal counsel moving forward in the case proceedings, as this is something I feel is proper and necessary to gain an understanding and to unravel all that has occurred in my case over the past two years. Until then, I ask the court to allow me to proceed as a pro se litigant moving forward in proceedings of the case and appeal. Please direct all future correspondence and court communications to my contact information as listed above.

Again, my deepest apology to all parties involved; including you, Judge Dow, the court and its staff. The personal accusations, conduct and tone of the filed motions are in no way aligned with my values. Thank you for taking the time to read this and for your understanding. I trust the integrity of the legal process and believe that justice will prevail.

Sincerely,

*[signature]*

**Ebone Porch**
**Plaintiff of Case No: 21-cv-3848**