

United States District Court
For the Northern District of Illinois
Eastern Division

**FILED**

AUG 03 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Ebone Porch, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 21-cv-3848 |
| | ) Honorable Steven C. Seeger |
| University of Illinois At Chicago, School of Medicine, | ) |
|     Defendant. | ) |

## NOTICE OF APPEAL

I would like to give notice on this 3rd day of August, 2023 that, I, the Plantiff, Ebone Porch hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on July 7th, 2023 to deny the motion to alter or amend the judgment.

Sincerely,

Ebone Porch
Pro Se Litigant
08/03/2023